Certificate Number: 13861-ILN-DE-039568330

Bankruptcy Case Number: 25-05031



13861-ILN-DE-039568330

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 18, 2025</u>, at <u>6:00</u> o'clock <u>AM PDT</u>, <u>Sophia S Tarafa</u> completed a course on personal financial management given <u>by internet</u> by <u>Evergreen Financial Counseling</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Northern District of Illinois</u>.

Date:   <u>April 18, 2025</u>           By:   <u>/s/Kelly M Overton</u>

Name:   <u>Kelly M Overton</u>

Title:   <u>Counselor</u>